FILED
EASTERN U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 20 2010

JAMES W. McC____ CLERK
By:_____ DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
<u>UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:10CV01366 JMM

Jury Trial: ■ Yes  ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: TODD CHRISTOPHER FASON   SS# 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
ADC # NEVER HAD ONE N/A
Address: 500 SOUTH GERMAN LN CONWAY AR, 72034 / JAIL ADDRESS
PHONE # 501 733-5463
          501 733 8696

Name of plaintiff: _____
ADC # _____
Address: HOME ADDRESS / 608 4th AVE. CONWAY AR, 72032
PHONE # 501-733-8696
          501-733-5463

Name of plaintiff: _____
ADC # _____
Address: _____

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: JOE FLACK
Position: FAULKNER CO. DEPUTY POLICE
Place of employment: FAULKNER CO. POLICE DEPT.
Address: 801 LOCUST ST. CONWAY AR, 72034

Name of defendant: KARL BIRD
Position: SHERIFF
Place of employment: FAULKNER CO. POLICE DEPT.

Address: **801 LOCUST ST. CONWAY, AR, 72034**

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ■ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___ No ✓

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

        ☐ Court (if federal court, name the district; if state court, name the county):

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: **FAULKNER CO. DC UNIT II 500 SOUTH GERMAN LN. CONWAY. AR, 72034**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

**I WASNT IN JAIL AT THE TIME OF THIS INCIDENT. I WAS AFTER INCIDENT.**

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ____

. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓   No ____

If not, why? _____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON OCTOBER 13th 2009 AROUND 11:30 P.M. I TODD C. FASON WAS AT OAK GROVE APARTMENTS OFF OF MIDDLE RD IN CONWAY AR, WERE I WAS GOING TO VISIT MY GIRLFRIEND AT THE TIME BY THE NAME OF ASHLEY WHARTON. I WAS STANDING AT ASHLEY'S DOOR I SAW THAT THERE WAS A MAN LAYING ON HER COUCH SO I TOLD HER IT WAS OVER I HAD RAISED MY VOICE AS I TURNED AROUND TO LEAVE, A MAN APPROACHED ME WITH A FLASH LIGHT SHINING IT IN MY FACE, HE YELLED PUT YOUR HANDS UP, SO I DID, THEN THE MAN TOLD ME TO TURN AROUND, SO I DID, THE MAN STARTED SEARCHING ME AND HE ASKED ME IF I HAD ANYTHING ON ME THAT HE NEEDED TO KNOW ABOUT, I SAID NO SIR, I THEN ASKED THIS MAN WHAT HIS NAME WAS AND WHAT BUSINESS HE HAD WITH ME, HE SAID HIS NAME WAS OFFICER FLACK, JOE FLACK. WITH FAULKNER COUNTY POLICE DEPARTMENT. I ASKED HIM WHY HE WASNT IN UNIFORM, JOE FLACK THEN TOLD ME TO SHUT UP THAT I WAS GOING TO JAIL.

## STATEMENT OF CLAIM

I THEN ASKED WHAT FOR, JOE FLACK SAID BECAUSE I SAID YOU WAS, AND HE ASKED ME MY NAME, I TOLD JOE FLACK HE WASN'T GETTING MY NAME, BECAUSE JOE FLACK NEVER SHOWED ME A BADGE NOR DID HE SAY I WAS UNDER ARREST OR READ ME MY RIGHTS NOR DID HE HANDCUFF ME HE WAS DRESSED IN CIVILIAN CLOTHES, BALL CAP, BLUE JEANS AND A T-SHIRT. JOE FLACK THEN RAISED HIS VOICE AGAIN SAYING I WAS GOING TO JAIL, JOE FLACK THEN POINTED HIS FINGER TOWARD THE APARTMENT BUILDING ACROSS FROM ASHLEY WHARTON'S WHERE I TODD C. FASON AND JOE FLACK WAS STANDING, JOE FLACK THEN TOLD ME TO GO UP THE STAIRS, I STARTED TO GET WORRIED ABOUT THIS TIME, BECAUSE I HAD NEVER HAD AN OFFICER OF THE LAW TO TAKE ME TO HIS PERSONAL HOME, SO I TODD C. FASON PROCEEDED UP THE STAIRS, AT THE TOP OF THE STAIRS JOE FLACK TOLD ME TO GO INSIDE, I ASKED WHY, JOE FLACK THEN YELLED AND SAID BECAUSE HE SAID, AND THAT I WAS GOING TO JAIL. SO I TODD C. FASON WENT INSIDE,

## STATEMENT OF CLAIM

AS I TODD C FASON WALKED INSIDE, I NOTICED A GUY SITTING ON A COUCH IN FRONT OF A TV PLAYING PLAY STATION. JOE FLACK THEN TOLD ME TO SIT DOWN IN THE RECLINER SO I SAID YES SIR. JOE FLACK ASKED ME MY NAME AGAIN, I THEN TOLD JOE FLACK THAT IF HE WAS A POLICE OFFICER THEN CALL 501-651-4911 THAT PHONE # BELONGS TO DAN SUTTERFIELD, CHIEF OF POLICE IN DAMASCUS, JOE FLACK THEN SAID HE Knew DAN, SO JOE FLACK CALLED DAN SUTTERFIELD AND ASKED IF DAN KNEW ME, JOE FLACK SAID DAN SUTTERFIELD DIDN'T KNOW ME, AND THEN JOE FLACK STARTED TO YELL AT ME AGAIN TELLING ME TO STAND UP I WAS GOIN TO JAIL. SO I TODD C. FASON SAID YES SIR, JOE FLACK THEN OPEN THE DOOR AN TOLD ME TO GET MY A DOUBLE S DOWN THE STAIRS, I WAS REALLY WORRIED THEN BECAUSE I KNEW DAN SUTTERFIELD I KNOWN HIM SINCE 2007, AND THE FACT THAT JOE FLACK WAS THREATNING ME WITH FOUL LANGUAGE WAS NOT LIKE ANY OFFICER I'VE EVER KNOWN.

STATEMENT OF CLAIM

AS I WAS GOING DOWN THE STAIRS, I TODD C. FASON HAD MADE UP MY MIND THAT WHEN I GET TO THE BOTTOM OF THE STEPS I WAS GOING TO RUN AND NOT LOOK BACK, SO I GOT TO THE BOTTOM AND TOOK OFF RUNNING, I RAN AROUND THE RIGHT SIDE OF THE APARTMENT WHERE ASHLEY WHARTON LIVED, I HEARD JOE FLACK YELLING HE WAS GONNA BEAT MY-A-DOUBLE-S- A** WHEN HE CAUGHT ME, I ALMOST MADE IT TO THE BACK OF THE BUILDING, I HAD GOT TO THE CORNER OF THE BACK OF THE BUILDING AND I SLIPPED IN THE WET GRASS ON TO MY STOMACH, AS I WAS GETTING UP TO RUN AGAIN JOE FLACK NAILED ME IN THE BACK OF MY HEAD AND I HIT THE GROUND AGAIN ON MY STOMACH, THIS TIME WITH JOE FLACK ON MY BACK BEATING THE BACK OF MY HEAD IN WITH A MAG FLASHLIGHT, I COULDNT BREATH SO I TURNED MY HEAD TO THE LEFT, JOE FLACK THEN WACKED ME AGAIN IN THE SIDE OF MY FACE

STATEMENT OF CLAIM

BUSTING MY EAR DRUM, I TODD C FASON TURNED MY FACE BACK DOWN TO THE GRASS, I STILL COULDNT BREATH BECAUSE JOE FLACK WAS ON TOP OF ME HOLDING MY HEAD DOWN I TURNED MY FACE ONCE AGAIN TO THE LEFT TO BREATH, AS I TURNED MY HEAD, I TODD C FASON TOLD JOE FLACK I WAS SORRY FROM RUNNING FROM HIM JOE FLACK THEN HIT ME ONE LAST TIME IN THE LEFT SIDE OF MY FACE CRACKING MY CHEEK BONE. I THEN HEARD SIRENS JOE SAID TO LATE TO BE SORRY THAT I WAS GOING TO JAIL, JOE FLACK THEN ASKED SOMEONE TO HAND HIM SOME HANDCUFFS. JOE FLACK THEN FINALY CUFFED ME. JOE FLACK THEN LIFTED ME UP BUT I TODD C FASON COULDNT WALK MY WHOLE BODY WAS THROBBING WITH PAIN, I WAS THEN CARRIED TO THE AMBULANCE, WHERE I WAS PLACED ON A STRETCHER AND RUSHED TO CONWAY REGIONAL HOSPITAL EMERGENCY ROOM FOR IMMEDIATE SURGERY FOR HEAD TRAUMA.

STATEMENT OF CLAIM

I HEARD THE DR. SAY BOY SOMEONE REALLY PUT THE BOOTS TO THIS GUY. I THEN HEARD JOE FLACKS VOICE SAYING AWE HE HIT A ROCK, THE DR. SAID HE MUST OF HIT A H*LL OF A LOT OF ROCKS, FLACK THEN SAID YOU KNOW HOW THEM DRUNKS ARE, THE DR. GAVE ME 20 STAPLES IN THE BACK OF MY HEAD. I REMEMBER GOING THROUGH A TUBE AT THE HOSPITAL. I WAS THEN PLACED IN A WHEELCHAIR AND ROLLED TO A COP CAR WHERE I WAS TAKEN TO FAULKNER CO. UNIT II, THE COPS PICKED ME UP AND SIT ME BACK IN A WHEELCHAIR AND ROLLED ME INTO THE FACILITY. I WOKE UP THURSDAY THE 14th JUST FOR ABOUT AN HOUR THE CAPTAIN JOHN RANDALL SAW ME THROUGH THE GLASS AN STOPPED AND ASKED ME WHAT HAPPEND TO MY FACE BECAUSE MY LEFT EYE WAS SWOLLEN SHUT AND BLACK, MY FACE WAS AS SWOLLEN AS A BASKETBALL, I TODD C FASON THEN TOLD JOHN RANDALL I GOT BEAT UP BY A POLICEMAN.

STATEMENT OF CLAIM

CAPTAIN JOHN RANDALL THEN ASKED ME WHO, I TODD C. FASON SAID JOE FLACK, CAPTAIN JOHN RANDALL ASKED ME IF I WANTED TO WRITE A STATEMENT I THEN SAID YES. CAPTAIN JOHN RANDALL THEN SENT OFFICER CHAD WOOLEY F21 INTO MY CELL WITH A DIGITAL CAMERA TO TAKE PICTURES OF MY INJURIES I WAS SAW BY THE DR. HE SAID I HAD SOME NERVE DAMAGE IN MY ARMS. I HAD BRUISES ABOVE BOTH ELBOWS WHERE JOE FLACK HAD SQUEEZED MY ARMS, I TODD C. FASON WENT IN FRONT OF THE JUDGE THE NEXT DAY OCT. 15th ON THE CHARGES JOE FLACK HAD PUT ON. WICH WAS CRIMINAL IMPERSONATION, DISORDERLY CONDUCT, PUBLIC INTOX, FLEEING ON FOOT RESISTING AREST, AND DOMESTIC BATTERY 3RD DEGREE, THE JUDGE RELEASED ME DUE TO MY MEDICAL SITUATION. I WAS THEN TAKEN TO WHITE COUNTY JAIL THAT FRIDAY NIGHT THE 15th FOR A MISTER MEANOR FINE, I WAS RELEASED BY THE JUDGE THAT MONDAY AFTER SEEING MY MEDICAL SITUATION.

STATEMENT OF CLAIM

AFTER I GOT OUT ALL I WANTED TO DO IS SLEEP I HAD CONSTANT HEAD ACHES AND WAS IN CONSTANT PAINS I STARTED GETTING EMOTIONALLY DEPRESSED I WAS SCARED TO GO ANYWHERE BECAUSE OF JOE FLACK. I WENT TO COURT ON 6-28-10, BEFORE I COULD TALK TO A PUBLIC DEFENDER THAT DAY, JOE FLACK ENTERED THE COURT ROOM AND HEADED STRAIT TO ME SMILING WITH HIS HAND OUT, I TODD C. FASON SHOOK HIS HAND, JOE FLACK THEN ASKED ME IF I WAS TODD FASON, I SAID YES SIR, JOE FLACK THEN ASKED ME IF I WOULD WORK WITH HIM, I SAID DEPENDS ON WHAT YOU MEAN, JOE FLACK THEN SHOWED ME A PAPER WITH MY CHARGES AND SAID ILL LET YOU PICK ANY 3 CHARGES OF THE 6 TO DROP IF I TODD C. FASON WOULD PLEA GUILTY TO 3 OF THEM, I SAID I WOULD PLEA GUILTY TO 2 CHARGES IF HE WOULD DROP 4, JOE FLACK THEN SAID HE DONT KNOW, THAT HE WAS OFFERING ME A GOOD DEAL, I TODD C. FASON SAID NO YOUR NOT

STATEMENT OF CLAIM

I TODD C. FASON THEN SAID HAVE YOU NOT SEEN THE BACK OF MY HEAD, JOE FLACK SAID NO, I TURNED MY HEAD TO SHOW JOE FLACK MY HUGE SCARS ON THE BACK OF MY HEAD, AND I TODD C. FASON TURNED BACK TO LOOK AT JOE FLACK AND HIS FACIAL EXPRESSION WAS LIKE OK YOU GOT ME, HE HAD BEADS OF SWEAT POP UP ON HIS HEAD, JOE FLACK THEN SAID TO ME TODD C. FASON, YES WE CAN DO THAT, JOE FLACK SAID HE COULD DROP ANY 4 CHARGES I WOULD LIKE. SO I PLEAD GUILTY TO PUBLIC INTOX AND DISORDERLY CONDUCT THE PROSECUTOR HAD NO OBJECTIONS TO DROPPING BATTERY 3RD DEGREE, FLEEING ON FOOT, CRIMINAL IMPERSONATION, AND RESISTING ARREST. I SHOULDNT HAVE PLEAD GUILTY TO ANY OF THEM I WAS JUST READY TO GET AWAY FROM JOE FLACK, JOE FLACK SCARES ME AND ALL I SEEM TO THINK ABOUT IS WHAT HE HAS DONE TO ME. IF I WOULD OF DID THIS TO JOE FLACK I WOULD BE FACING A LIFE SENTENCE BEHIND BARS. WHAT JOE FLACK HAS DONE TO ME IS SHAMEFULL. I PRAY NOBODY EVER HAS TO GO THROUGH WHAT I AM AND HAVE.

DF #116

## DISTRICT COURT INFORMATION

**DEFENDANT'S NAME:** Todd Fason

**ARREST DATE:** __/__/__  **COURT DATE** 6 28 10

**FELONY CHARGE PENDING: YES/NO**   **BOOKING OFFICER:** _____

**DISPOSITION** Release on our Charges.

_____

_____

_____

_____

**CITY DIVISION** ____   **COUNTY DIVISION** ✓
**CLERK'S SIGNATURE:** Christy Lute   **DATE** 6 28 10

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I PRAY TO BE COMPENSATED FOR MY INJURIES, PAIN AND SUFFERING PHYSICAL AND MENTAL SCARS, DR. BILLS, MY LIFE BEING THREATENED, EMOTIONAL AND PHYSICAL STRESS. I AM SEEKING ONE MILLION DOLLARS FROM FAULKNER CO. POLICE DEPT.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

_____
_____
*Todd Jason*
Signature(s) of plaintiff(s)

Revised 03/19/09