IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TODD CHRISTOPHER FASON,     PLAINTIFF
ADC #148976

v.     4:10-cv-01366-JMM-JTK

JOE FLACK, et al.     DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 25). Defendants filed a Response to the Motion (Doc. No. 26).

In his Motion, Plaintiff states that Defendants have not provided him with any discovery he has requested. In their Response, Defendants state they mailed responses to Plaintiff, and have since re-mailed those responses to Plaintiff's new address. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 25) is DENIED as moot.

IT IS SO ORDERED this 8th day of August, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE